

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00238-CR

**IN RE** Christopher-Jarvis **PAYNE,** Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: May 22, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On April 1, 2024, relator filed a petition for writ of mandamus. After considering the petition, the court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2021CR2249 and Cause No. 2022CR6932, both styled *State of Texas v. Christoher-Jarvis Payne* and both pending in the 379th Criminal District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.